IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **FIRST BAPTIST CHURCH HEREFORD,** | § § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO. 2:19-cv-0016-D** |
| v. | § § | |
| **CHURCH MUTUAL INSURANCE COMPANY,** | § § § | |
| **Defendant.** | | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff First Baptist Church Hereford ("Plaintiff") and Defendant Church Mutual Insurance Company ("Defendant") file this Joint Notice of Settlement. In support thereof, the parties respectfully show the Court as follows:

(1) At approximately 4:00 p.m. on Friday, February 7, 2020, the parties entered an agreement resolving all claims herein.

(2) The parties will submit dismissal documents as soon as possible.

Respectfully submitted,


_/s/ Derek L. Fadner_
MCCLENNY MOSELEY & ASSOCIATES, PLLC
James M. McClenny
J. Zachary Moseley
Derek L. Fadner
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Principal Office No. 713-334-6121
Facsimile: 713-322-5953
James@mma-pllc.com
Zach@mma-pllc.com
Derek@mma-pllc.com

**COUNSEL FOR PLAINTIFF**

And

_/s/ Marc A. Sheiness_
Marc A. Sheiness
State Bar No. 18187500
Todd F. Newman
Texas State Bar No. 24032906
SHEINESS, GLOVER & GROSSMAN, L.L.P.
4544 Post Oak Place Drive, Suite 270
Houston, Texas 77027
Telephone: (713) 374-7005
Facsimile: (713) 374-7049
Email: msheiness@hou-law.com
Email: tnewman@hou-law.com

**COUNSEL FOR DEFENDANT**