IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **FIRST BAPTIST CHURCH HEREFORD** § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:19-cv-0016 | |
| § | | |
| **CHURCH MUTUAL INSURANCE** § | | |
| **COMPANY** § | | |
| *Defendant.* § | | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE COURT:

Plaintiff and Defendant jointly file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and state as follows:

1. Plaintiff is First Baptist Church Hereford; Defendant is Church Mutual Insurance Company.

2. On January 4, 2019, Plaintiff sued Defendant.

3. Plaintiff moves to dismiss the suit.

4. Defendant, who has served an answer, agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This civil action is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted,

By: _____
Marc A. Sheiness
Attorney-in-Charge
Texas State Bar No. 18187500
SHEINESS, GLOVER, & GROSSMAN, L.L.P.
4544 Post Oak Place Drive, Suite 270
Houston, Texas 77027
Telephone: (713) 374-7005
Facsimile:  (713) 374-7049
Email: msheiness@hou-law.com

*Attorney for Defendant*
**CHURCH MUTUAL INSURANCE COMPANY**

 *- and-*


    */s/ Derek L. Fadner*
By:_____
James M. McClenny
Texas Bar No. 24091857
J. Zachary Moseley
Texas Bar No. 24092863
Derek L. Fadner
Texas Bar No. 24100081
MCCLENNY MOSELEY & ASSOCIATES, PLLC
516 Heights Blvd.
Houston, Texas 77007
(713) 334-6121 – Telephone
(713) 322-5953 – Facsimile
James@mma-pllc.com
Zach@mma-pllc.com
Derek@mma-pllc.com
messages@mma-pllc.com

*Attorney for Plaintiff*
**FIRST BAPTIST CHURCH OF HEREFORD**

2